IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              RESPONDENT

VS.                              CRIMINAL NO. 4:07-CR-40003
                                 CIVIL NO. 4:08-CV-4097

MICHAEL E. BROWN                                                                      MOVANT

## ORDER

Before the Court is the Report and Recommendation filed on October 6, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 78). The parties have waived their right to file written objections to the Magistrate's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1).

Upon consideration, the Court adopts *in toto* the Magistrate's findings and recommendations. The Court finds that Movant Michael E. Brown's oral request to withdraw his Motion to Vacate Sentence should be and hereby is **granted.** Accordingly, the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 60) should be and hereby is **denied** as withdrawn.

IT IS SO ORDERED, this 6th day of October, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge